DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
CHARLES DEMARIO JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 07-483 LKK |
| ) | |
| Plaintiff, ) | **REQUEST FOR APPOINTMENT OF** |
| ) | **COUNSEL; ORDER** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| CHARLES DEMARIO JOHNSON, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. LAWRENCE K. KARLTON |
| _____ ) | |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, CHARLES DEMARIO JOHNSON, hereby requests the Court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence, filed August 8, 2011.* Mr. Porter is familiar with the case and is willing to accept the appointment.

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion. Because Mr. Johnson's substantial rights may be affected by

---

* The pro se motion was filed on a form invoking 28 U.S.C. § 2255 but the relief Mr. Johnson seeks is clearly governed by 18 U.S.C. § 3582(c)(2).

these criminal proceedings, he is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Mr. Johnson requests the Court issue the order lodged herewith.

Dated: October 6, 2011

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender

        /s/ *David M. Porter*
        DAVID M. PORTER
        Assistant Federal Defender

        Seeking Appointment as Attorney for Movant
        CHARLES DEMARIO JOHNSON

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

DATED: October 7, 2011

        _/s/ Lawrence K. Karlton_
        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT